FILED

2013 OCT 16 AM 9:17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

ERNEST EUGUENE BOLES,

Plaintiff,

vs.

CASE NO.: 3:13-cv-1248-J-34JRK

UNITED STATES OF AMERICA, VETERAN AFFAIRS (VA), DISABLED AMERICAN VETERANS (DAV), a non-profit organization, and JOHN LA LONDE, JR., as agent of the VA and DAV,

Defendants.

_______________________________/

## COMPLAINT

COMES NOW the Plaintiff, ERNEST EUGENE BOLES, by and through his undersigned attorneys, and sues the Defendants, UNITED STATES OF AMERICA, acting by and through the acts of its agents and employees, including the Defendant, JOHN LA LONDE, JR., and for his cause of action alleges and avers as follows:

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 1346(b), et seq.

2. That on or about April 24, 2012, more than six months before this action was instituted, the claims set forth herein were initially presented to the Department of Veterans Affairs, in writing, and a Form 95 submitted, all in accordance with the provisions of 28 USC § 2675. A copy of the Form 95 is attached as composite Exhibit

"A". That claim was denied on October 22, 2012. Plaintiff appealed timely on November 30, 2012, and the administrative appeal was denied on April 30, 2013.

3. That the Plaintiff has otherwise performed all conditions precedent to the bringing of this action, or the same have been waived by the Defendants.

4. The acts and omissions giving rise to this Complaint occurred in Putnam County, Florida, making venue appropriate in the Middle District as prescribed by 28 U.S.C. 1402(b).

5. That upon information and belief, the Defendant, JOHN LA LONDE, JR., 2732 Whippoorwill Drive, St. Augustine, Florida 32084, was an agent or employee of the United States Department of Veterans Affairs ("VA"), an agency of the Defendant, UNITED SATES OF AMERICA, at all times material hereto, and was acting within the express, implied, or apparent course and scope of his agency or employment. Plaintiff specifically requests that the Defendant, UNITED STATES OF AMERICA, certify that the Defendant, JOHN LA LONDE, JR., was an employee of the United States at all times material hereto, in accordance with the provisions of 28 USC § 2679(b), by filing an appropriate "scope certificate" with the Court, at which time the Plaintiff will drop the Defendant, JOHN LA LONDE, JR., as a nominal party Defendant.

6. That on or about February 23, 2012, Plaintiff, ERNEST EUGENE BOLES, a disabled American veteran, and four (4) other disabled veterans: Paul Nathaniel Arledge, Jerry F. Nadolski, John E. Coffee and Thomas Venturo, were passengers in a van owned by the Defendant, UNITED STATES OF AMERICA, and being operated by Defendant, JOHN LA LONDE, JR.

7. That the Defendant, UNITED STATES OF AMERICA, acting by and through the acts of its agents and employees, including the Defendant, JOHN LA LONDE, JR., were transporting these five (5) disabled American veterans from the VA clinic in St. Augustine, Florida, to Malcom Randall VA Hospital in Gainesville, Florida.

8. That the Defendant, UNITED STATES OF AMERICA, acting by and through the acts of its agents and employees, including the Defendant, JOHN LA LONDE, JR., attempted to pass several vehicles proceeding in the same direction on State Road 100 in Putnam County, Florida.

9. That Defendant, UNITED STATES OF AMERICA, acting by and through the acts of its agents and employees, including the Defendant, JOHN LA LONDE, JR., operated the van in a negligent and careless manner by and among other things:

a. Driving at a high rate of speed not appropriate for the road and traffic conditions then and there present;

b. Failing to yield the right-of-way to other traffic on the roadway;

c. Failing to maintain a proper distance and pay full time and attention to the traffic then and there present;

d. Failing to maintain full control of the van and to avoid colliding with other vehicles traveling on the roadway; and

e. Colliding with other vehicles then and there in the roadway, driving off the roadway at a high rate of speed and violently colliding with a tree along the side of the roadway.

10. That as a direct and approximate result of the negligence of the Defendant, UNITED STATES OF AMERICA, acting by and through the acts of its agents and employees, including the Defendant, JOHN LA LONDE, JR., the Plaintiff, ERNEST EUGENE BOLES, suffered serious and permanent injuries resulting in severe noneconomic harm, overall deterioration of bodily function, resulting pain and suffering, disability, permanent scarring and disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. All such losses are either permanent or continuing in nature and the Plaintiff will suffer the losses indefinitely into the future.

WHEREFORE, Plaintiff EARNEST BOLES demands judgment against Defendants, UNITED STATES OF AMERICA and JOHN LA LONDE, JR., together with the costs of this action.

Albert H. Lechner
Florida Bar No.: 0022717
TERRELL HOGAN YEGELWEL, P.A.
233 East Bay Street, Suite 804
Jacksonville, Florida 32202Email:
lechner@terrelhogan.com
Phone: (904) 632-2424
Fax" (904) 632-0549

COUNSEL FOR PLAINTIFF